THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NEDOLANDEZ L. SANTOS, | ) | |
| #140 896 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:09-CV-135-TMH |
| | ) | [WO] |
| | ) | |
| MR. DON HUTTO, *et al.,* | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

On April 28, 2009, the Magistrate Judge filed a Recommendation (Doc. 33) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 33) of the Magistrate Judge is ADOPTED; and

2. Plaintiff's complaint be DISMISSED with prejudice prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

An appropriate judgment will be entered.

Done this 19th   day  of May, 2009.


**/s/ Truman M. Hobbs**

SENIOR UNITED STATES DISTRICT JUDGE