THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NEDOLANDEZ L. SANTOS, #140 896 | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | 2:09-CV-135-TMH [WO] |
| MR. DON HUTTO, *et al.,* | ) ) | |
| Defendant. | ) | |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that this action be dismissed with prejudice. The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 19th day of May, 2009.


**/s/ Truman M. Hobbs**

SENIOR UNITED STATES DISTRICT JUDGE